**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ATARI INTERACTIVE, INC.,

              Plaintiff,

      -against-

TARGET CORPORATION,

              Defendant.

------------------------------------------------------------x

19-CV-3111 (LAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff is directed to submit a status letter to the Court detailing the following:

- the status of document discovery including what has been completed thus far, and what is left to be completed;
- the number of depositions Plaintiff needs and where the deponents are located; and
- any other discovery that remains outstanding and a proposal for how long it will take to complete.

The status letter must be filed by **November 22, 2019**.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: November 15, 2019                       **Ona T. Wang**
New York, New York                         United States Magistrate Judge