**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ATARI INTERACTIVE, INC.,                          :
                                                  :
                Plaintiff,      :     19-CV-3111 (LAK) (OTW)
                                                  :
               -against-      :     **ORDER TRANSFERRING ACTION**
                                                  :
TARGET CORPORATION,                               :
                                                  :
               Defendant.      :
                                                  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

For the reasons stated in the Opinion & Order filed December 10, 2019 (ECF 45), this civil action is transferred to the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

The Clerk is respectfully directed to take all necessary steps to effectuate the transfer and to close this case on the docket of the Southern District of New York.

     **SO ORDERED.**

Dated: December 26, 2019             _s/ Ona T. Wang_
       New York, New York             **Ona T. Wang**
                                              United States Magistrate Judge