**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Atari Interactive, Inc., | Civ. No. 20-54 (PJS/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Target Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' stipulation regarding an Amended Complaint. (Doc. No. 49).

IT IS HEREBY ORDERED that Plaintiff Atari Interactive Inc. shall file an Amended Complaint by **February 7, 2020**; and Defendant Target Corporation shall answer or otherwise respond to the Amended Complaint by **February 28, 2020**.

Date: January 27, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge