## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Atari Interactive, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Target Corporation, a Minnesota corporation,<br><br>        Defendant. | Civ. No. 20-54 (PJS/BRT)<br><br>**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 126) in connection with documents filed under temporary seal relating to Atari Interactive Inc.'s Opposition to Target Corporation's Motion for Protective Order (Doc. No. 96), and the Declaration of Mathew L. Venezia in support thereof (Doc. No. 97).

**IT IS HEREBY ORDERED** that:

1. The joint motion (Doc. No. 126) is Granted.

2. The Clerk of Court is directed to **unseal** the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed under Local Rule 5.6(d)(3):

   Document No. 96;
   Document No. 96-1;
   Document No. 97;
   Document No. 97-1.

2

Date:   September 22, 2020

                                            *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge