UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 20-CV-0054 (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TARGET CORPORATION, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on December 30, 2020 [ECF No. 145],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: December 30, 2020

Patrick J. Schiltz
United States District Judge